CV6-193 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00330-CV

Scott Felder, Inc., Appellant

v.

Ohio Casualty Group of Insurance Companies and Henry A. Foradory, Sr.

d/b/a H & H Landscape, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 94-03459, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Jones

Dismissed on Joint Motion

Filed: November 13, 1996

Do Not Publish